UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>$34, 169.36 IN UNITED STATES CURRENCY, *et al.,*<br><br>　　　　Defendants. | 2:11-CV-01256-PMP-RJJ<br><br>SEALED ORDER |

On August 22, 2011, the Court entered an Order approving a Sealed Motion of Plaintiff United States to stay these civil forfeiture proceedings pending an ongoing criminal investigation. In order to assure that this action does not remain sealed indefinitely,

**IT IS ORDERED** that Plaintiff Untied States shall have to and including **January 30, 2012** within which to file a sealed status report regarding whether it remains necessary to maintain this civil forfeiture action under seal.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge