# FILED

# UNDER

# SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:11-cv-01256-PMP-NJK |
| v. | ) | |
| $34,169.39 IN UNITED STATES CURRENCY, et al., | ) | SEALED ORDER |
| Defendants. | ) | |

There having been no action in this case since the United States' status report on May 31, 2012,

IT IS ORDERED that this case is hereby DISMISSED without prejudice for failure to prosecute.

DATED:  February 25, 2013

_____
PHILIP M. PRO
United States District Judge