UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$34,169.39 IN UNITED STATES CURRENCY, et al.,<br><br>Defendants. | 2:11-CV-01256-PMP-NJK<br><br><br>ORDER |

IT IS ORDERED that the Government's Motion to Reopen and Unseal Civil Forfeiture Action (Doc. #13) is hereby GRANTED.

IT IS FURTHER ORDERED that this case is reopened and the Clerk of Court shall unseal the case.

DATED: March 15, 2013

_____
PHILIP M. PRO
United States District Judge