# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, ) | |
| Plaintiff(s), ) | Case No. 2:11-cv-01256-PMP-NJK |
| vs. ) | RECUSAL ORDER |
| $34,169.39 IN UNITED STATES CURRENCY, et al., ) | |
| Defendant(s). ) | |

This matter was assigned to the undersigned Magistrate Judge on January 7, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge