DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CV-1256-PMP-(VCF) |
| ANY AND ALL FUNDS SEIZED FROM SUNCOAST SCHOOLS FEDERAL CREDIT UNION, ACCOUNT NO. xxxxxx-6051 ON FEBRUARY 8, 2011 IN THE NAME OF THIDARAT TUNGWONGSATHONG AND IN THE AMOUNT OF $34,169.36; | ) |
| ANY AND ALL FUNDS SEIZED FROM SUNCOAST SCHOOLS FEDERAL CREDIT UNION, ACCOUNT NO. xxxxxx-6068 ON FEBRUARY 8, 2011 IN THE NAME OF THIDARAT TUNGWONGSATHONG AND IN THE AMOUNT OF $25.99; | ) |
| ANY AND ALL FUNDS SEIZED FROM JP MORGAN CHASE BANK, ACCOUNT NO. xxxxxx1087 ON MARCH 29, 2011 IN THE NAME OF THIDARAT TUNGWONGSATHONG AND IN THE AMOUNT OF $434.91, | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, hereby gives notice of the voluntary dismissal of the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1). "[T]he plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment...." Fed. R. Civ. P. 41(a)(1)(A)(i). The United States has not served the adverse party, an answer has not been served on the United States, and a motion for summary judgment has not been served on the United States  in this action. Accordingly, the United States gives notice of the voluntary dismissal of the action.

Dated this 1st day of July, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2013.

2